## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 11 |
| | ) | |
| DONALD R. FINNEY, | ) | Case No. 04-21517 |
| | ) | |
| Debtor | ) | Judge Susan Pierson Sonderby |

### NOTICE OF FILING

TO:    SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on the 30th day of June, 2005, there was filed with the Clerk of the United Stated Bankruptcy Court for the Northern District of Illinois, Eastern Division, Debtor-in-Possession Final Report, a copy of which is hereby served upon you.

/s/
John E. Gierum

John E. Gierum
GIERUM & MANTAS
1030 West Higgins Road, Suite 220
Park Ridge, Illinois 60068
847-318-9130
Atty. No. 0951803

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that by 5:00 p.m., on the 30th day of June, 2005, he placed in the U.S. Mail, 1030 West Higgins Road, Park Ridge, Illinois, in envelopes addressed to the parties as listed on the Notice, with proper postage affixed to said envelopes, a copy of Debtor-in-Possession Final Report and the Notice thereto.

/s/
John E. Gierum

# SERVICE LIST

**Case No. 04-21517**

Office of the U.S. Trustee
227 West Monroe Street
Suite 227
Chicago, IL 60606


Joseph E. Cohen
Cohen & Krol
105 West Madison Street
Suite 1100
Chicago, IL 60602


James T. Barnes, Esq.
James T. Barnes, P.C.
431 S. Dearborn Street
Suite 506
Chicago, IL 60605