# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                §
                                      §
FINNEY, DONALD R.                     §    Case No. 04-21517
                                      §
_____Debtor(s)_____§

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ____ of the United States Bankruptcy Code was filed on _____. The case was converted to one under Chapter 7 on _____. The undersigned trustee was appointed on _____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/JOSEPH E. COHEN_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 04-21517   SPS   Judge: SUSAN PIERSON SONDERBY | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | FINNEY, DONALD R. | Date Filed (f) or Converted (c): | 05/10/05 (c) |
| | | 341(a) Meeting Date: | 06/14/05 |
| For Period Ending: | 06/05/13 | Claims Bar Date: | 03/05/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE - DODGEVILLE | 30,000.00 | 30,000.00 | | 0.00 | 0.00 |
| 2. COMMERCIAL PROPERTY | 50,000.00 | 0.00 | | 25,000.00 | 0.00 |
| 3. VACATION HOME - GALENA | 225,000.00 | 30,000.00 | | 180,000.00 | 0.00 |
| 4. RESIDENCE | 600,000.00 | 30,000.00 | | 635,000.00 | 0.00 |
| 5. VACANT LOTS | 9,000.00 | 5,000.00 | | 0.00 | 0.00 |
| 6. CASH | 20.00 | 0.00 | | 0.00 | 0.00 |
| 7. CHECKING | 50.00 | 0.00 | | 0.00 | 0.00 |
| 8. HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | 0.00 |
| 9. APPAREL | 750.00 | 0.00 | | 0.00 | 0.00 |
| 10. STOCK | 0.00 | 0.00 | | 0.00 | 0.00 |
| 11. VEHICLE | 21,500.00 | 10,000.00 | | 0.00 | 0.00 |
| 12. TRUCK CRANES | 300,000.00 | 25,000.00 | | 58,500.00 | 0.00 |
| 13. RENTAL INCOME (u) | Unknown | Unknown | | 20,735.10 | Unknown |
| 14. LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3,975.87 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $1,236,820.00          $130,000.00                    $923,210.97          $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THIS IS A CONVERTED CHAPTER 11. TRUSTEE TO SELL PERSONAL PROPERTY AND REAL PROPERTY. TRUSTEE HAS SOLD REAL ESTATE AND EQUIPMENT OWNED BY DEBTORS. TRUSTEE TO INITIATE LITIGATION TO DETERMINE PRIORITY OF LIENS. ADVERSARY COMPLAINT HAS BEEN PREPARED AND WILL BE FILED SHORTLY. ADVERSARY HAS BEEN FILED AND PARTIES ARE AT ISSUE. TRUSTEE BELIEVES THAT

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 04-21517   SPS   Judge: SUSAN PIERSON SONDERBY | Trustee Name: JOSEPH E. COHEN |
| Case Name: | FINNEY, DONALD R. | Date Filed (f) or Converted (c): 05/10/05 (c) |
| | | 341(a) Meeting Date: 06/14/05 |
| | | Claims Bar Date: 03/05/07 |

ADVERSARY WILL BE SETTLED BETWEEN PARTIES.

ADVERSARY HAS BEEN SETTLED.  TRUSTEE HAS TO SELL ADDITIONAL REAL ESTATE.  PROPERTY HARD TO SELL IN THIS MARKET.

Initial Projected Date of Final Report (TFR): 06/30/06     Current Projected Date of Final Report (TFR): 02/28/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 04-21517 -SPS | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | FINNEY, DONALD R. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1897  Checking Account |
| Taxpayer ID No: | *******4660 | | | |
| For Period Ending: | 06/05/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 33,070.21 | | 33,070.21 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.39 | 33,049.82 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 34.74 | 33,015.08 |
| | | 701 Poydras Street | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 33,070.21 | 55.13 | 33,015.08 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 33,070.21 | 0.00 | |
| | | Subtotal | | 0.00 | 55.13 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 55.13 | |

Page Subtotals     33,070.21     55.13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 04-21517 -SPS | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | FINNEY, DONALD R. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9120  BofA - Money Market Account |
| Taxpayer ID No: | *******4660 | | |
| For Period Ending: | 06/05/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/08/05 | 13 | OAKWOOD CONTRACTORS INC. | | 1222-000 | 3,414.34 | | 3,414.34 |
| 06/15/05 | 13 | ABLE HEATING & COOLING | | 1222-000 | 1,267.00 | | 4,681.34 |
| 06/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.51 | | 4,681.85 |
| 07/19/05 | 13 | ABLE HEATING & COOLING | Rent | 1222-000 | 1,267.00 | | 5,948.85 |
| 07/19/05 | 13 | OAKWOOD CONTRACTORS, INC. | Rent | 1222-000 | 1,951.08 | | 7,899.93 |
| 07/19/05 | 000301 | CAROL RABER & ASSOC. | Court reporter fees | 2990-000 | | 125.00 | 7,774.93 |
| | | | Court reporter fees | | | | |
| 07/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.20 | | 7,776.13 |
| 08/03/05 | 13 | ABLE HEATING & COOLING | Rent | 1222-000 | 1,267.00 | | 9,043.13 |
| 08/03/05 | 000302 | ANTHONY PINTOZZI | Adequate protection payment | 2990-000 | | 3,900.00 | 5,143.13 |
| 08/24/05 | 13 | OAKWOOD CONTRACTOR'S INC. | | 1222-000 | 3,086.72 | | 8,229.85 |
| 08/24/05 | | COX & WARD, P.C. | | | 24,587.36 | | 32,817.21 |
| | 3 | COX & WARD, P.C. | Memo Amount:     180,000.00 | 1110-000 | | | |
| | | | Sale of property | | | | |
| | | MORTGAGES & LIENS RELEASED AT CLOSI | Memo Amount:   ( 134,047.66 ) | 4110-000 | | | |
| | | | Liens on property | | | | |
| | | MCCOY REAL ESTATE SERVICES | Memo Amount:   ( 10,800.00 ) | 3510-000 | | | |
| | | | Brokers commission | | | | |
| | | REAL ESTATE TAXES | Memo Amount:   ( 1,530.25 ) | 2820-000 | | | |
| | | | Real estate taxes | | | | |
| | | TIELE CHARGES & EXPENSES | Memo Amount:   ( 9,034.73 ) | 2500-000 | | | |
| | | | Misc title charges & expenses | | | | |
| 08/24/05 | 12 | AMERICAN AUCTION ASSOC., INC. | | 1129-000 | 58,500.00 | | 91,317.21 |
| 08/24/05 | 000303 | AMERICAN AUCTION ASSOCIATES INC. | Auctioneer expenses | 3620-000 | | 4,641.86 | 86,675.35 |
| 08/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 7.49 | | 86,682.84 |
| 09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 42.75 | | 86,725.59 |
| 10/17/05 | 13 | ABLE DISTRIBUTORS | | 1222-000 | 1,267.00 | | 87,992.59 |
| 10/17/05 | 13 | ABLE DISTRIBUTORS | | 1222-000 | 1,267.00 | | 89,259.59 |

Page Subtotals     97,926.45     8,666.86

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 04-21517 -SPS | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | FINNEY, DONALD R. | Bank Name: | BANK OF AMERICA, N.A. |
|  |  | Account Number / CD #: | *******9120  BofA - Money Market Account |
| Taxpayer ID No: | *******4660 |  |  |
| For Period Ending: | 06/05/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/17/05 | 13 | OAKWOOD CONTRACTORS INC. | | 1222-000 | 3,108.76 | | 92,368.35 |
| 10/17/05 | 13 | OAKWOOD CONTRACTORS INC. | | 1222-000 | 2,839.20 | | 95,207.55 |
| 10/18/05 | 000304 | ANTHONY PINTOZZI | Adequate protection payment | 2990-000 | | 7,800.00 | 87,407.55 |
| 10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 44.93 | | 87,452.48 |
| 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 43.13 | | 87,495.61 |
| 12/06/05 | 000305 | TINA RUBIO | Credit for merchandise | 2990-000 | | 10,000.00 | 77,495.61 |
| 12/21/05 | 2 | ANTHONY PINTOZZI | | 1110-000 | 25,000.00 | | 102,495.61 |
| 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 42.67 | | 102,538.28 |
| 01/11/06 | | Chicago Title and Trust Co. | | | 244,917.41 | | 347,455.69 |
| | 4 | CHICAGO TITLE AND TRUST CO. | Memo Amount:         635,000.00 | 1110-000 | | | |
| | | CHASE HOME FINANCE LLC | Memo Amount:     (   335,869.42 ) | 4110-000 | | | |
| | | | Payment of secured claim | | | | |
| | | AMCO INSURANCE CO. | Memo Amount:     (    10,000.00 ) | 4120-000 | | | |
| | | | Judgment lien | | | | |
| | | COLDWELL BANKER | Memo Amount:     (    17,725.00 ) | 3510-000 | | | |
| | | | Broker's real estate commission | | | | |
| | | COUNTY OF LAKE | Memo Amount:     (     8,166.67 ) | 4700-000 | | | |
| | | | Real estate taxes | | | | |
| | | | Memo Amount:     (    18,321.50 ) | 2500-000 | | | |
| | | | Miscellaneous expenses | | | | |
| 01/30/06 | | Transfer to Acct #*******9298 | TRANSFER TO WRITE CHECKS | 9999-000 | | 18,250.00 | 329,205.69 |
| 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 111.81 | | 329,317.50 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 234.58 | | 329,552.08 |
| 03/14/06 | 000306 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 251.32 | 329,300.76 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 279.81 | | 329,580.57 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 270.88 | | 329,851.45 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 280.16 | | 330,131.61 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 271.34 | | 330,402.95 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 280.62 | | 330,683.57 |

Page Subtotals        277,725.30        36,301.32

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 04-21517 -SPS | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | FINNEY, DONALD R. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9120  BofA - Money Market Account |
| Taxpayer ID No: | *******4660 | | | |
| For Period Ending: | 06/05/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 08/11/06 | 000307 | CRO PAINTING & DEC./CRAIG OSTRANDER | Painting services rendered | 2990-003 | | 1,750.00 | 328,933.57 |
| * 08/18/06 | 000307 | CRO PAINTING & DEC./CRAIG OSTRANDER | Painting services rendered | 2990-003 | | -1,750.00 | 330,683.57 |
| 08/18/06 | 000308 | CRO PAINTING& DEC./CHRIS OSTRANDER | PAINTING SERVICES RENDERED | 2990-000 | | 1,750.00 | 328,933.57 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 280.52 | | 329,214.09 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 270.58 | | 329,484.67 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 279.85 | | 329,764.52 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 271.04 | | 330,035.56 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 280.30 | | 330,315.86 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 280.55 | | 330,596.41 |
| 02/06/07 | | Transfer to Acct #*******9298 | TRANSFER TO WRITE CHECKS | 9999-000 | | 297,062.75 | 33,533.66 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 66.42 | | 33,600.08 |
| 03/01/07 | 000309 | International Sureties, Ltd. Suite 500 203 Carondelet St. New Orleans, LA 70130 | Bond premium | 2300-000 | | 266.37 | 33,333.71 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 28.54 | | 33,362.25 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 27.44 | | 33,389.69 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 28.36 | | 33,418.05 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 27.46 | | 33,445.51 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 28.41 | | 33,473.92 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 28.43 | | 33,502.35 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 21.33 | | 33,523.68 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 21.36 | | 33,545.04 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 17.92 | | 33,562.96 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 16.05 | | 33,579.01 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 13.30 | | 33,592.31 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 7.99 | | 33,600.30 |
| 03/25/08 | 000310 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 29.64 | 33,570.66 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 7.94 | | 33,578.60 |

Page Subtotals        2,003.79        299,108.76

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit B

| Case No: | 04-21517 -SPS | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | FINNEY, DONALD R. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9120  BofA - Money Market Account |
| Taxpayer ID No: | *******4660 | | | |
| For Period Ending: | 06/05/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 6.88 | | 33,585.48 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 4.26 | | 33,589.74 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 4.14 | | 33,593.88 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 4.27 | | 33,598.15 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 4.26 | | 33,602.41 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 4.14 | | 33,606.55 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 3.26 | | 33,609.81 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 2.75 | | 33,612.56 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.69 | | 33,614.25 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 | | 33,614.53 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.26 | | 33,614.79 |
| 02/28/09 | 000311 | International Sureties, Ltd.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Bond premium | 2300-000 | | 27.59 | 33,587.20 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.29 | | 33,587.49 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.74 | | 33,588.23 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.85 | | 33,589.08 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.83 | | 33,589.91 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.86 | | 33,590.77 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.86 | | 33,591.63 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.83 | | 33,592.46 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.85 | | 33,593.31 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.84 | | 33,594.15 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.86 | | 33,595.01 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.85 | | 33,595.86 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.77 | | 33,596.63 |
| 03/26/10 | 000312 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 39.94 | 33,556.69 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.86 | | 33,557.55 |

Page Subtotals     46.48     67.53

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 04-21517 -SPS | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | FINNEY, DONALD R. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9120  BofA - Money Market Account |
| Taxpayer ID No: | *******4660 | | | |
| For Period Ending: | 06/05/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.83 | | 33,558.38 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.85 | | 33,559.23 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.83 | | 33,560.06 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.85 | | 33,560.91 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.86 | | 33,561.77 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.83 | | 33,562.60 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.85 | | 33,563.45 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.83 | | 33,564.28 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.86 | | 33,565.14 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.86 | | 33,566.00 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.26 | | 33,566.26 |
| 03/29/11 | 000313 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 16.43 | 33,549.83 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 33,550.12 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.27 | | 33,550.39 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 33,550.68 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 33,550.96 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 33,551.24 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 33,551.53 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 33,551.81 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 33,552.09 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 42.74 | 33,509.35 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 33,509.63 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 41.31 | 33,468.32 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 33,468.60 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 41.26 | 33,427.34 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 33,427.63 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 43.84 | 33,383.79 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.26 | | 33,384.05 |

Page Subtotals          12.08          185.58

FORM 2

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 04-21517 -SPS | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | FINNEY, DONALD R. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9120 BofA - Money Market Account |
| Taxpayer ID No: | *******4660 | | | |
| For Period Ending: | 06/05/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 39.68 | 33,344.37 |
| 03/11/12 | 000314 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 28.04 | 33,316.33 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.27 | | 33,316.60 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 40.98 | 33,275.62 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.28 | | 33,275.90 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 42.28 | 33,233.62 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 33,233.90 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 42.22 | 33,191.68 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.26 | | 33,191.94 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 39.45 | 33,152.49 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 33,152.78 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 43.48 | 33,109.30 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.26 | | 33,109.56 |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | 2600-000 | | 39.35 | 33,070.21 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 33,070.21 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 815,000.00 | | COLUMN TOTALS | | 377,715.74 | 377,715.74 | 0.00 |
| Memo Allocation Disbursements: | 545,495.23 | | Less: Bank Transfers/CD's | | 0.00 | 348,382.96 | |
| | | | Subtotal | | 377,715.74 | 29,332.78 | |
| Memo Allocation Net: | 269,504.77 | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 377,715.74 | 29,332.78 | |

Page Subtotals    1.64    33,385.69

Page: 8

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 04-21517 -SPS | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | FINNEY, DONALD R. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9298  BofA - Checking Account |
| Taxpayer ID No: | *******4660 | | |
| For Period Ending: | 06/05/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/30/06 | | Transfer from Acct #*******9120 | TRANSFER TO WRITE CHECKS | 9999-000 | 18,250.00 | | 18,250.00 |
| 01/30/06 | 003001 | DONALD R. FINNEY | HOMESTEAD EXEMPTION | 8100-002 | | 7,500.00 | 10,750.00 |
| 01/30/06 | 003002 | DORIS FINNEY | HOMESTEAD EXEMPTION | 8500-000 | | 7,500.00 | 3,250.00 |
| 01/30/06 | 003003 | PATINKIN & PATINKIN | Attorney fees per court order | 3210-000 | | 3,250.00 | 0.00 |
| 02/06/07 | | Transfer from Acct #*******9120 | TRANSFER TO WRITE CHECKS | 9999-000 | 297,062.75 | | 297,062.75 |
| 02/06/07 | 003004 | PARKWAY BANK AND TRUST COMPANY | PAYMENT OF FIRST SECURED CLAIM | 4110-000 | | 195,440.21 | 101,622.54 |
| 02/06/07 | 003005 | UNITED STATES OF AMERICA | PAYMENT OF TAX LIEN | 4300-000 | | 20,537.20 | 81,085.34 |
| 02/06/07 | 003006 | JOSEPH E. COHEN | Trustee Fees | 2100-000 | | 37,042.00 | 44,043.34 |
| | | | Trustee Fees | | | | |
| 02/06/07 | 003007 | PARKWAY BANK AND TRUST COMPANY | PARTIAL PAYMENT 2ND SECURED CLAIIM | 4110-000 | | 18,883.96 | 25,159.38 |
| 02/06/07 | 003008 | COHEN & KROL | Attorney fees per court order | | | 17,096.95 | 8,062.43 |
| | | | Fees  16,124.87 | 3110-000 | | | |
| | | | Expenses  972.08 | 3120-000 | | | |
| 02/06/07 | 003009 | JOSEPH E. COHEN | Attorney fees per court order | 3110-000 | | 8,062.43 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 315,312.75 | 315,312.75 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 315,312.75 | 0.00 | |
| | | Subtotal | | 0.00 | 315,312.75 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 15,000.00 | |
| | | Net | | 0.00 | 300,312.75 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 815,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 545,495.23 | Checking Account - ********1897 | | 0.00 | 55.13 | 33,015.08 |
| | | BofA - Money Market Account - ********9120 | | 377,715.74 | 29,332.78 | 0.00 |
| Total Memo Allocation Net: | 269,504.77 | BofA - Checking Account - ********9298 | | 0.00 | 300,312.75 | 0.00 |
| | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | 377,715.74 | 329,700.66 | 33,015.08 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account | (Excludes Payments | Total Funds |
| | | Page Subtotals | | 315,312.75 | 315,312.75 | |

FORM 2

Page: 9

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-21517 -SPS | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | FINNEY, DONALD R. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9298  BofA - Checking Account |
| Taxpayer ID No: | *******4660 | | | |
| For Period Ending: | 06/05/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account - ********1897 | | Transfers) | To Debtors) | On Hand |
| | | | BofA - Money Market Account - ********9120 | | | | |
| | | | BofA - Checking Account - ********9298 | | | | |

Page Subtotals        0.00        0.00

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 17, 2013 |
|---|---|---|---|---|---|---|

Case Number:  04-21517  
Debtor Name:  FINNEY, DONALD R.

Claim Number Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3310-00 | COOKE & LEWIS | Administrative | | $0.00 | $4,762.50 | $4,762.50 |
| 001<br>3110-00 | COHEN & KROL | Administrative | | $0.00 | $1,293.00 | $1,293.00 |
| 000001<br>070<br>7100-00 | FagelHaber LLC<br>Dennis E Quaid<br>55 E Monroe St 40th Fl<br>Chicago, IL 60603 | Unsecured | | $0.00 | $6,250.94 | $6,250.94 |
| 000002<br>070<br>7100-00 | eCAST Settlement Corporation, assignee of<br>Providian National Bank<br>P.O. Box 35480<br>Newark, NJ 07193-5480 | Unsecured | | $0.00 | $1,405.19 | $1,405.19 |
| 000003<br>070<br>7100-00 | Deutsche Bank National Trust Company<br>c/o Codilis & Associates PC<br>15W030 North Frontage Road Suite 100<br>Burr Ridge, IL 60527 | Unsecured | | $0.00 | $3,013.70 | $3,013.70 |
| 000004A<br>070<br>7100-00 | Department of the Treasury-Internal Revenue Service<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia, PA 19114 | Unsecured | | $0.00 | $3,266.01 | $3,266.01 |
| 000004B<br>050<br>4300-00 | Department of the Treasury-Internal Revenue Service<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia, PA 19114 | Secured | | $0.00 | $17,337.50 | $17,337.50 |
| 000004C<br>040<br>5800-00 | Department of the Treasury-Internal Revenue Service<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia, PA 19114 | Priority | | $0.00 | $29,935.35 | $29,935.35 |
| 000005<br>070<br>7100-00 | Liberty Mutual Insurance Company<br>C/O James T. Barnes, P.C.<br>431 S. Dearborn St., Ste 506<br>Chicago, IL 60605 | Unsecured | | $0.00 | $1,306,015.00 | $1,306,015.00 |
| 000006<br>070<br>7100-00 | Mid America Bank<br>c/o Stan F Orszula Esq<br>Adelman & Gettleman Ltd<br>53 W Jackson Suite 1050<br>Chicago, IL 60604 | Unsecured | | $0.00 | $49,892.80 | $49,892.80 |

| | | EXHIBIT A | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: June 17, 2013 |

Case Number:  04-21517  
Debtor Name:  FINNEY, DONALD R.

Claim Number Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000007 099 2950-00 | United States Trustee 227 West Monroe Suite 3350 Chicago, Illinois 60606 | Administrative | | $0.00 | $1,250.00 | $1,250.00 |
| 000008 070 7100-00 | AMCO Insurance Company c/o Elizer & Meyerson LLC 900 Skokie Blvd #208 Northbrook, IL 60062 | Unsecured | | $0.00 | $35,030.37 | $35,030.37 |
| 000009 070 7100-00 | Hedgepath Lanscaping Inc 1207 N Garland Road Wauconda, IL 60084 | Unsecured | | $0.00 | $3,079.79 | $3,079.79 |
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD. | Administrative | | $0.00 | $79.21 | $79.21 |
| | Case Totals: | | | $0.00 | $1,462,611.36 | $1,462,611.36 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 04-21517
Case Name: FINNEY, DONALD R.
Trustee Name: JOSEPH E. COHEN

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000004B | Department of the Treasury-Internal Revenue Service Centralized Insolvency Operations P O Box 21126 Philadelphia, PA 19114 | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL | $ | $ | $ |
| Accountant for Trustee Fees: COOKE & LEWIS | $ | $ | $ |
| Accountant for Trustee Expenses: COOKE & LEWIS | $ | $ | $ |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Fees: United States Trustee | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses  $_____

Remaining Balance  $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004C | Department of the Treasury-Internal Revenue Service Centralized Insolvency Operations P O Box 21126 Philadelphia, PA 19114 | $ | $ | $ |

Total to be paid to priority creditors  $_____

Remaining Balance  $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if

applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FagelHaber LLC<br>Dennis E Quaid<br>55 E Monroe St 40th Fl<br>Chicago, IL 60603 | $ | $ | $ |
| 000002 | eCAST Settlement Corporation, assignee of Providian National Bank<br>P.O. Box 35480<br>Newark, NJ 07193-5480 | $ | $ | $ |
| 000003 | Deutsche Bank National Trust Company<br>c/o Codilis & Associates PC<br>15W030 North Frontage Road Suite 100<br>Burr Ridge, IL 60527 | $ | $ | $ |
| 000004A | Department of the Treasury-Internal Revenue Service<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia, PA 19114 | $ | $ | $ |
| 000005 | Liberty Mutual Insurance Company<br>C/O James T. Barnes, P.C.<br>431 S. Dearborn St., Ste 506<br>Chicago, IL 60605 | $ | $ | $ |
| 000006 | Mid America Bank<br>c/o Stan F Orszula Esq<br>Adelman & Gettleman Ltd<br>53 W Jackson Suite 1050<br>Chicago, IL 60604 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | AMCO Insurance Company<br>c/o Elizer & Meyerson LLC<br>900 Skokie Blvd #208<br>Northbrook, IL 60062 | $ | $ | $ |
| 000009 | Hedgepath Lanscaping Inc<br>1207 N Garland Road<br>Wauconda, IL 60084 | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE