UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
FINNEY, DONALD R.                   §       Case No. 04-21517
                                    §
         Debtor(s)                  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
      CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 07/19/2013 in Courtroom 1,
    North Branch Court
    1792 Nicole Lane
    Round Lake Beach, IL 60073
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____         By: _____
                                           Clerk, U.S. Bankruptcy Court


JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                               §
                                     §
                                     §
FINNEY, DONALD R.                    §       Case No. 04-21517
                                     §
         Debtor(s)                   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 923,210.97 |
| and approved disbursements of | $ 890,195.89 |
| leaving a balance on hand of[1] | $ 33,015.08 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000004B | Department of the Treasury-Internal Revenue Service Centralized Insolvency Operations P O Box 21126 Philadelphia, PA 19114 | $ 17,337.50 | $ 17,337.50 | $ 17,337.50 | $ 0.00 |
| | Total to be paid to secured creditors | | | $ | 0.00 |
| | Remaining Balance | | | $ | 33,015.08 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 48,660.54 | $ 37,042.00 | $ 11,618.54 |
| Trustee Expenses: JOSEPH E. COHEN | $ 114.10 | $ 0.00 | $ 114.10 |
| Attorney for Trustee Fees: COHEN & KROL | $ 26,452.38 | $ 25,159.38 | $ 1,293.00 |
| Accountant for Trustee Fees: COOKE & LEWIS | $ 4,062.50 | $ 0.00 | $ 4,062.50 |
| Accountant for Trustee Expenses: COOKE & LEWIS | $ 700.00 | $ 0.00 | $ 700.00 |
| Fees: United States Trustee | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 79.21 | $ 79.21 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses           $           19,038.14

Remaining Balance                                                $           13,976.94

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 29,935.35  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004C | Department of the Treasury-Internal Revenue Service Centralized Insolvency Operations P O Box 21126 Philadelphia, PA 19114 | $ 29,935.35 | $ 0.00 | $ 13,976.94 |

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

| | Total to be paid to priority creditors | $ | 13,976.94 |
|---|---|---|---|
| | Remaining Balance | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,407,953.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FagelHaber LLC<br>Dennis E Quaid<br>55 E Monroe St 40th Fl<br>Chicago, IL 60603 | $ 6,250.94 | $ 0.00 | $ 0.00 |
| 000002 | eCAST Settlement Corporation, assignee of Providian National Bank<br>P.O. Box 35480<br>Newark, NJ 07193-5480 | $ 1,405.19 | $ 0.00 | $ 0.00 |
| 000003 | Deutsche Bank National Trust Company<br>c/o Codilis & Associates PC<br>15W030 North Frontage Road Suite 100<br>Burr Ridge, IL 60527 | $ 3,013.70 | $ 0.00 | $ 0.00 |
| 000004A | Department of the Treasury-Internal Revenue Service<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia, PA 19114 | $ 3,266.01 | $ 0.00 | $ 0.00 |
| 000005 | Liberty Mutual Insurance Company<br>C/O James T. Barnes, P.C.<br>431 S. Dearborn St., Ste 506<br>Chicago, IL 60605 | $ 1,306,015.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Mid America Bank<br>c/o Stan F Orszula Esq<br>Adelman & Gettleman Ltd<br>53 W Jackson Suite 1050<br>Chicago, IL 60604 | $ 49,892.80 | $ 0.00 | $ 0.00 |
| 000008 | AMCO Insurance Company<br>c/o Elizer & Meyerson LLC<br>900 Skokie Blvd #208<br>Northbrook, IL 60062 | $ 35,030.37 | $ 0.00 | $ 0.00 |
| 000009 | Hedgepath Lanscaping Inc<br>1207 N Garland Road<br>Wauconda, IL 60084 | $ 3,079.79 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors   $ 0.00

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (5/1/2011) *(Page: 6)*

```
                                United States Bankruptcy Court
                                Northern District of Illinois

In re:                                                                 Case No. 04-21517-ABG
Donald R. Finney                                                       Chapter 7
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-1         User: ahamilton              Page 1 of 2              Date Rcvd: Jun 20, 2013
                             Form ID: pdf006              Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2013.
 db          +Donald R. Finney,    26035 W. Old Gilmer Road,    Grayslake, IL 60030-9209
 9615416     +AMCO Insurance Company,    c/o Elizer & Meyerson LLC,    900 Skokie Blvd #208,
               Northbrook, IL 60062-4031
 8152791     +Advanta National Bank, N.A.,    501 Carr Road,   Wilmington, DE 19809-2800
 8152792     +Anthony C. Pintozzi,    820 South Cherry Valley Road,    McHenry, IL 60050-6407
 8152793     +Bank United, FSB,    7815 NW 148th Street,   Miami Lakes, FL 33016-1554
 8264352     +Deutsche Bank National Trust Company,    c/o Codilis & Associates PC,
               15W030 North Frontage Road Suite 100,    Burr Ridge, IL 60527-6921
 8152794      Doris Finney,    31460 N. Gilmer Road,   Grayslake, IL 60030
 8152789     +FINNEY DONALD R,    26035 W Old Gilmer Road,   Grayslake, IL 60030-9209
 8173040     +FagelHaber LLC,    Dennis E Quaid,   55 E Monroe St 40th Fl,    Chicago, IL 60603-5713
 8152795      First Midwest Trust Company, N.A.,    Trustee, Trust NO. 619,    1035 West Elm Street,
               McHenry, IL  60050
 8152790     +Gierum & Mantas,    1030 West Higgins Road Suite 220,    Park Ridge, IL 60068-5761
 11024035    +Hedgepath Lanscaping Inc,    1207 N Garland Road,   Wauconda, IL 60084-1011
 8152797     +Liberty Mutual Insurance Company,    C/O James T. Barnes, P.C.,    431 S. Dearborn St., Ste 506,
               Chicago, IL 60605-1121
 9283028     +Mid America Bank,    c/o Stan F Orszula Esq,   Adelman & Gettleman Ltd,    53 W Jackson Suite 1050,
               Chicago, IL 60604-3786
 8152798     +Oakwood Contractors, Inc.,    4512 S. Hi Point,   McHenry, IL 60050-8366
 8152799     +Parkway Bank & Trust,    4800 N. Harlem Avenue,   Harwood Heights, IL 60706-3577
 8353411     +Parkway Bank and Trust,    c/o Eugene S Kraus & James M McArdle,    Law firm of Scott & Kraus LLC,
               150 S Wacker Suite 2900,   Chicago, IL 60606-4206
 8152800     +Paul S. Morck,    4512 South Hi Point,   McHenry, IL 60050-8366
 9379048     +United States Trustee,    227 West Monroe,   Suite 3350,    Chicago, Illinois 60606-5099
 8263077      eCAST Settlement Corporation, assignee of,    Providian National Bank,    P.O. Box 35480,
               Newark, NJ  07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 8289718       E-mail/Text: cio.bncmail@irs.gov Jun 21 2013 00:20:49
                Department of the Treasury-Internal Revenue Servic,    Centralized Insolvency Operations,
                P O Box 21126,   Philadelphia, PA 19114
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty            Richard Patinkin
 8152796*       First Midwest Trust Company, N.A.,    Trustee, Trust No. 619,    1035 West Elm Street,
                 McHenry, IL  60050
                                                                                TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 22, 2013**                **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: ahamilton            Page 2 of 2                  Date Rcvd: Jun 20, 2013
                              Form ID: pdf006            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2013 at the address(es) listed below:

    Berton J Maley  on behalf of Creditor  Deusche Bank National Trust Company
     nd-four@il.cslegal.com
    Dennis E. Quaid  on behalf of Creditor  FagelHaber LLC dquaid@tcfhlaw.com
    Gina B Krol, ESQ  on behalf of Attorney Joseph E Cohen gkrol@cohenandkrol.com,
     jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
    Gloria C  Tsotsos  on behalf of Creditor  Deusche Bank National Trust Company
     nd-two@il.cslegal.com
    Gloria C  Tsotsos  on behalf of Creditor  Mortgage Electronic Registration Systems, Inc.
     nd-two@il.cslegal.com
    James M McArdle  on behalf of Creditor  Parkway Bank And Trust jmcardle@skcounsel.com
    James M McArdle  on behalf of Defendant  Parkway Bank And Trust Company jmcardle@skcounsel.com
    James T Barnes  on behalf of Creditor  Liberty Mutual Insurance  Company
     jbarnes@jambarcolaw.com,  mkeating@jambarcolaw.com
    James T Barnes  on behalf of Plaintiff  Liberty Mutual Insurance Company
     jbarnes@jambarcolaw.com,  mkeating@jambarcolaw.com
    Joel A Schechter, ESQ  on behalf of Creditor Anthony  Pintozzi joelschechter@covad.net
    John C. Schmadeke  on behalf of Creditor  Liberty Mutual Insurance  Company
     jschmadeke@jambarcolaw.com,  mkeating@jambarcolaw.com
    John E Gierum  on behalf of Defendant Donald R.  Finney jgierum@7trustee.net,
     karen@gierummantas.com
    John E Gierum  on behalf of Debtor Donald R.  Finney jgierum@7trustee.net,
     karen@gierummantas.com
    Joseph E Cohen  on behalf of Attorney  Cohen & Krol jcohen@cohenandkrol.com,
     jcohen@ecf.epiqsystems.com;jcohenattorney@aol.com
    Joseph E Cohen  on behalf of Accountant Stephen M. Lewis jcohen@cohenandkrol.com,
     jcohen@ecf.epiqsystems.com;jcohenattorney@aol.com
    Joseph E Cohen  jcohen@cohenandkrol.com,  jcohen@ecf.epiqsystems.com;jcohenattorney@aol.com
    Joseph E Cohen, Tr.  on behalf of Trustee Joseph E Cohen jcohenattorney@aol.com,
     jcohen@ecf.epiqsystems.com;jcohenattorney@aol.com
    Kathryn  Gleason  on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
     Kathryn.M.Gleason@usdoj.gov
    Linda M Kujaca  on behalf of Attorney Joseph E Cohen lkujaca@aol.com
    Marc C Scheinbaum  on behalf of Attorney Joseph E Cohen amerlincat@aol.com
    Pamela Grewal Kartha  on behalf of Defendant  United States Of America
     pamela.g.kartha@usdoj.gov,  northern.taxcivil@usdoj.gov
    Patrick S Layng  USTPRegion11.ES.ECF@usdoj.gov
    Richard T Jones  on behalf of Defendant Doris A. Finney matilda@joneshart.com,
     john@joneshart.com
                                  TOTAL: 23