# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                              §
                                    §
FINNEY, DONALD R.                   §        Case No. 04-21517
                                    §
            Debtor(s)               §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $                (see **Exhibit 1**), minus funds paid to the debtor and third parties of $              (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter      on              , and it was converted to chapter 7 on              .  The case was pending for      months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/JOSEPH E. COHEN _____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| DONALD R. FINNEY |  |  |  |
| DORIS FINNEY |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CHASE HOME FINANCE LLC | | | | | |
| | MORTGAGES & LIENS RELEASED AT CLOSI | | | | | |
| | PARKWAY BANK AND TRUST COMPANY | | | | | |
| | PARKWAY BANK AND TRUST COMPANY | | | | | |
| | AMCO INSURANCE CO. | | | | | |
| 000004B | DEPARTMENT OF THE TREASURY-INTERNAL | | | | | |
| | UNITED STATES OF AMERICA | | | | | |
| | COUNTY OF LAKE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| Miscellaneous expenses | | | | | |
| TIELE CHARGES & EXPENSES | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| REAL ESTATE TAXES | | | | | |
| UNITED STATES TRUSTEE | | | | | |
| ANTHONY PINTOZZI | | | | | |
| ANTHONY PINTOZZI | | | | | |
| CAROL RABER & ASSOC. | | | | | |
| CRO PAINTING& DEC./CHRIS OSTRANDER | | | | | |
| TINA RUBIO | | | | | |
| COHEN & KROL | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| COHEN & KROL | | | | | |
| PATINKIN & PATINKIN | | | | | |
| COOKE & LEWIS | | | | | |
| COOKE & LEWIS | | | | | |
| COLDWELL BANKER | | | | | |
| MCCOY REAL ESTATE SERVICES | | | | | |
| AMERICAN AUCTION ASSOCIATES INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004C | DEPARTMENT OF THE TREASURY-INTERNAL | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | AMCO INSURANCE COMPANY | | | | | |
| | CLERK, U.S. BANKRUPTCY COURT | | | | | |
| 000004A | DEPARTMENT OF THE TREASURY-INTERNAL | | | | | |
| 000003 | DEUTSCHE BANK NATIONAL TRUST COMPAN | | | | | |
| 000002 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000001 | FAGELHABER LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | HEDGEPATH LANSCAPING INC | | | | | |
| 000005 | LIBERTY MUTUAL INSURANCE COMPANY | | | | | |
| 000006 | MID AMERICA BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   1

Exhibit 8

Case No:         04-21517      ABG   Judge: A. BENJAMIN GOLDGAR

Case Name:      FINNEY, DONALD R.

For Period Ending:  05/14/14

Trustee Name:              JOSEPH E. COHEN

Date Filed (f) or Converted (c):   05/10/05 (c)

341(a) Meeting Date:        06/14/05

Claims Bar Date:            03/05/07

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. | REAL ESTATE - DODGEVILLE | 30,000.00 | 30,000.00 | | 0.00 | FA |
| 2. | COMMERCIAL PROPERTY | 50,000.00 | 0.00 | | 25,000.00 | 0.00 |
| 3. | VACATION HOME - GALENA | 225,000.00 | 30,000.00 | | 180,000.00 | 0.00 |
| 4. | RESIDENCE | 600,000.00 | 30,000.00 | | 635,000.00 | 0.00 |
| 5. | VACANT LOTS | 9,000.00 | 5,000.00 | | 0.00 | FA |
| 6. | CASH | 20.00 | 0.00 | | 0.00 | 0.00 |
| 7. | CHECKING | 50.00 | 0.00 | | 0.00 | 0.00 |
| 8. | HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | 0.00 |
| 9. | APPAREL | 750.00 | 0.00 | | 0.00 | 0.00 |
| 10. | STOCK | 0.00 | 0.00 | | 0.00 | 0.00 |
| 11. | VEHICLE | 21,500.00 | 10,000.00 | | 0.00 | FA |
| 12. | TRUCK CRANES | 300,000.00 | 25,000.00 | | 58,500.00 | 0.00 |
| 13. | RENTAL INCOME (u) | Unknown | Unknown | | 20,735.10 | Unknown |
| 14. | LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | 0.00 |
| INT. | Post-Petition Interest Deposits (u) | Unknown | N/A | | 3,975.87 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $1,236,820.00         $130,000.00                    $923,210.97         $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THIS IS A CONVERTED CHAPTER 11.  TRUSTEE TO SELL PERSONAL PROPERTY AND REAL PROPERTY.  TRUSTEE HAS SOLD REAL ESTATE AND
EQUIPMENT OWNED BY DEBTORS.  TRUSTEE TO INITIATE LITIGATION TO DETERMINE PRIORITY OF LIENS.  ADVERSARY COMPLAINT HAS
BEEN PREPARED AND WILL BE FILED SHORTLY.  ADVERSARY HAS BEEN FILED AND PARTIES ARE AT ISSUE.  TRUSTEE BELIEVES THAT

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 04-21517    ABG    Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | FINNEY, DONALD R. | Date Filed (f) or Converted (c): | 05/10/05 (c) |
| | | 341(a) Meeting Date: | 06/14/05 |
| | | Claims Bar Date: | 03/05/07 |

ADVERSARY WILL BE SETTLED BETWEEN PARTIES.

ADVERSARY HAS BEEN SETTLED.  TRUSTEE HAS TO SELL ADDITIONAL REAL ESTATE.  PROPERTY HARD TO SELL IN THIS MARKET.  TRUSTEE
IS PROCESS OF PREPARING HIS FINAL REPORT.  FINAL REPORT FILED AND DISTRIBUTION MADE.

CHECKS HAVE COME BACK SO TRUSTEE WILL MAKE A SECONDARY DISTRIBUTION.  TRUSTEE HAS MADE A SECONDARY DISTRIBUTION.  THERE
IS APPROXIMATELY $124.00 OUTSTANDING AND TRUSTEE WILL DEPOSIT FUNDS WITH THE CLERK OF THE COURT - January 14, 2014.
FUNDS HAVE BEEN DEPOSITED WITH THE COURT AND THE TRUSTEE WILL PREPARE HIS TDR - April 30, 2014.

Initial Projected Date of Final Report (TFR): 06/30/06          Current Projected Date of Final Report (TFR): 02/28/13

FORM 2                                                                                    Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                       Exhibit 9

| Case No: | 04-21517 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | FINNEY, DONALD R. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1897 Checking Account |
| Taxpayer ID No: | *******4660 | | | |
| For Period Ending: | 05/14/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 33,070.21 | | 33,070.21 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.39 | 33,049.82 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 34.74 | 33,015.08 |
| | | 701 Poydras Street | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 07/23/13 | 300002 | JOSEPH E. COHEN | Chapter 7 Compensation/Fees | 2100-000 | | 11,618.54 | 21,396.54 |
| | | 105 WEST MADISON STREET | | | | | |
| | | SUITE 1100 | | | | | |
| | | CHICAGO, IL 60602-0000 | | | | | |
| 07/23/13 | 300003 | JOSEPH E. COHEN | Chapter 7 Expenses | 2200-000 | | 114.10 | 21,282.44 |
| | | 105 WEST MADISON STREET | | | | | |
| | | SUITE 1100 | | | | | |
| | | CHICAGO, IL 60602-0000 | | | | | |
| 07/23/13 | 300004 | COOKE & LEWIS | Accountant  for Trustee fees | | | 4,762.50 | 16,519.94 |
| | | | Accountant for Trustee fees | | | | |
| | | | Fees           4,062.50 | 3310-000 | | | |
| | | | Expenses           700.00 | 3320-000 | | | |
| 07/23/13 | 300005 | COHEN & KROL | Attorney for Trustee fees | 3110-000 | | 862.00 | 15,657.94 |
| 07/23/13 | 300006 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-000 | | 431.00 | 15,226.94 |
| 07/23/13 | 300007 | United States Trustee | Claim 000007, Payment 100.00000% | 2950-000 | | 1,250.00 | 13,976.94 |
| | | 227 West Monroe | | | | | |
| | | Suite 3350 | | | | | |
| | | Chicago, Illinois 60606 | | | | | |
| * 07/23/13 | 300008 | Department of the Treasury-Internal Revenue Service | Claim 000004C, Payment 46.69042% | 5800-003 | | 13,976.94 | 0.00 |
| | | Centralized Insolvency Operations | | | | | |
| | | P O Box 21126 | | | | | |
| | | Philadelphia, PA 19114 | | | | | |

|  | | Page Subtotals | | | 33,070.21 | 33,070.21 | |

Ver: 17.05d

FORM 2

Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 04-21517  -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | FINNEY, DONALD R. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1897  Checking Account |
| Taxpayer ID No: | *******4660 | | | |
| For Period Ending: | 05/14/14 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * | 08/12/13 | 300008 | Department of the Treasury-Internal Revenue Service<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia, PA 19114 | Claim 000004C, Payment 46.69042% | 5800-003 | | -13,976.94 | 13,976.94 |
| * | 08/12/13 | 300009 | FagelHaber LLC<br>Dennis E Quaid<br>55 E Monroe St 40th Fl<br>Chicago, IL 60603 | Claim 000001, Payment 0.99265% | 7100-003 | | 62.05 | 13,914.89 |
| | 08/12/13 | 300010 | eCAST Settlement Corporation, assignee of<br>Providian National Bank<br>P.O. Box 35480<br>Newark, NJ 07193-5480 | Claim 000002, Payment 0.99275% | 7100-000 | | 13.95 | 13,900.94 |
| * | 08/12/13 | 300011 | Deutsche Bank National Trust Company<br>c/o Codilis & Associates PC<br>15W030 North Frontage Road Suite 100<br>Burr Ridge, IL 60527 | Claim 000003, Payment 0.99280% | 7100-003 | | 29.92 | 13,871.02 |
| * | 08/12/13 | 300012 | Department of the Treasury-Internal Revenue Service<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia, PA 19114 | Claim 000004A, Payment 0.99265% | 7100-003 | | 32.42 | 13,838.60 |
| | 08/12/13 | 300013 | Liberty Mutual Insurance Company<br>C/O James T. Barnes, P.C.<br>431 S. Dearborn St., Ste 506<br>Chicago, IL 60605 | Claim 000005, Payment 0.99271% | 7100-000 | | 12,964.98 | 873.62 |
| | 08/12/13 | 300014 | Mid America Bank<br>c/o Stan F Orszula Esq<br>Adelman & Gettleman Ltd<br>53 W Jackson Suite 1050<br>Chicago, IL 60604 | Claim 000006, Payment 0.99271% | 7100-000 | | 495.29 | 378.33 |
| | 08/12/13 | 300015 | AMCO Insurance Company | Claim 000008, Payment 0.99271% | 7100-000 | | 347.75 | 30.58 |

| | | | | Page Subtotals | 0.00 | -30.58 | |

Ver: 17.05d

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2   Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**   Exhibit 9

| | | |
|---|---|---|
| Case No: | 04-21517 -ABG | |
| Case Name: | FINNEY, DONALD R. | |

| | |
|---|---|
| Taxpayer ID No: | *******4660 |
| For Period Ending: | 05/14/14 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1897  Checking Account |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | c/o Elizer & Meyerson LLC | | | | |
| | | | 900 Skokie Blvd #208 | | | | |
| | | | Northbrook, IL 60062 | | | | |
| | 08/12/13 | 300016 | Hedgepath Lanscaping Inc | Claim 000009, Payment 0.99292% | 7100-000 | | 30.58 | 0.00 |
| | | | 1207 N Garland Road | | | | |
| | | | Wauconda, IL 60084 | | | | |
| * | 04/21/14 | 300009 | FagelHaber LLC | Claim 000001, Payment 0.99265% | 7100-003 | | -62.05 | 62.05 |
| | | | Dennis E Quaid | | | | |
| | | | 55 E Monroe St 40th Fl | | | | |
| | | | Chicago, IL 60603 | | | | |
| * | 04/21/14 | 300011 | Deutsche Bank National Trust Company | Claim 000003, Payment 0.99280% | 7100-003 | | -29.92 | 91.97 |
| | | | c/o Codilis & Associates PC | | | | |
| | | | 15W030 North Frontage Road Suite 100 | | | | |
| | | | Burr Ridge, IL 60527 | | | | |
| * | 04/21/14 | 300012 | Department of the Treasury-Internal Revenue Service | Claim 000004A, Payment 0.99265% | 7100-003 | | -32.42 | 124.39 |
| | | | Centralized Insolvency Operations | | | | |
| | | | P O Box 21126 | | | | |
| | | | Philadelphia, PA 19114 | | | | |
| * | 04/21/14 | 300017 | United States Bankruptcy Court | Claim 000003, Payment 0.99280% | 7100-003 | | 29.92 | 94.47 |
| | | | IL | | | | |
| * | 04/21/14 | 300017 | United States Bankruptcy Court | Claim 000003, Payment 0.99280% | 7100-003 | | -29.92 | 124.39 |
| | | | IL | | | | |
| | 04/21/14 | 300018 | CLERK, U.S. BANKRUPTCY COURT | DEPOSIT OF UNCLAIMED FUNDS | 7100-000 | | 124.39 | 0.00 |
| | | | | DEPOSIT OF UNCLAIMED FUNDS | | | | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 30.58 |

Ver: 17.05d

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 04-21517  -ABG | |
| Case Name: | FINNEY, DONALD R. | |

| | | |
|---|---|---|
| Trustee Name: | JOSEPH E. COHEN | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******1897  Checking Account | |

| | |
|---|---|
| Taxpayer ID No: | *******4660 |
| For Period Ending: | 05/14/14 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 33,070.21 | 33,070.21 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 33,070.21 | 0.00 | |
| | | Subtotal | 0.00 | 33,070.21 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 33,070.21 | |

Page Subtotals                    0.00                    0.00

Ver: 17.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

Page:   5

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 04-21517 -ABG |
|---|---|
| Case Name: | FINNEY, DONALD R. |

| Taxpayer ID No: | *******4660 |
|---|---|
| For Period Ending: | 05/14/14 |

| Trustee Name: | JOSEPH E. COHEN |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9120  BofA - Money Market Account |

| Blanket Bond (per case limit): | $  5,000,000.00 |
|---|---|
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/08/05 | 13 | OAKWOOD CONTRACTORS INC. | | 1222-000 | 3,414.34 | | 3,414.34 |
| 06/15/05 | 13 | ABLE HEATING & COOLING | | 1222-000 | 1,267.00 | | 4,681.34 |
| 06/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.51 | | 4,681.85 |
| 07/19/05 | 13 | ABLE HEATING & COOLING | Rent | 1222-000 | 1,267.00 | | 5,948.85 |
| 07/19/05 | 13 | OAKWOOD CONTRACTORS, INC. | Rent | 1222-000 | 1,951.08 | | 7,899.93 |
| 07/19/05 | 000301 | CAROL RABER & ASSOC. | Court reporter fees | 2990-000 | | 125.00 | 7,774.93 |
| | | | Court reporter fees | | | | |
| 07/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.20 | | 7,776.13 |
| 08/03/05 | 13 | ABLE HEATING & COOLING | Rent | 1222-000 | 1,267.00 | | 9,043.13 |
| 08/03/05 | 000302 | ANTHONY PINTOZZI | Adequate protection payment | 2990-000 | | 3,900.00 | 5,143.13 |
| 08/24/05 | 13 | OAKWOOD CONTRACTOR'S INC. | | 1222-000 | 3,086.72 | | 8,229.85 |
| 08/24/05 | | COX & WARD, P.C. | | | | 24,587.36 | 32,817.21 |
| | 3 | COX & WARD, P.C. | Memo Amount:          180,000.00 | 1110-000 | | | |
| | | | Sale of property | | | | |
| | | MORTGAGES & LIENS RELEASED AT CLOSI | Memo Amount:     (   134,047.66 ) | 4110-000 | | | |
| | | | Liens on property | | | | |
| | | MCCOY REAL ESTATE SERVICES | Memo Amount:     (    10,800.00 ) | 3510-000 | | | |
| | | | Brokers commission | | | | |
| | | REAL ESTATE TAXES | Memo Amount:     (     1,530.25 ) | 2820-000 | | | |
| | | | Real estate taxes | | | | |
| | | TIELE CHARGES & EXPENSES | Memo Amount:     (     9,034.73 ) | 2500-000 | | | |
| | | | Misc title charges & expenses | | | | |
| 08/24/05 | 12 | AMERICAN AUCTION ASSOC., INC. | | 1129-000 | 58,500.00 | | 91,317.21 |
| 08/24/05 | 000303 | AMERICAN AUCTION ASSOCIATES INC. | Auctioneer expenses | 3620-000 | | 4,641.86 | 86,675.35 |
| 08/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 7.49 | | 86,682.84 |
| 09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 42.75 | | 86,725.59 |
| 10/17/05 | 13 | ABLE DISTRIBUTORS | | 1222-000 | 1,267.00 | | 87,992.59 |
| 10/17/05 | 13 | ABLE DISTRIBUTORS | | 1222-000 | 1,267.00 | | 89,259.59 |

|  | Page Subtotals | 97,926.45 | 8,666.86 |
|---|---|---|---|

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

Ver: 17.05d

Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 04-21517  -ABG |
| Case Name: | FINNEY, DONALD R. |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9120  BofA - Money Market Account |

| | |
|---|---|
| Taxpayer ID No: | *******4660 |
| For Period Ending: | 05/14/14 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/17/05 | 13 | OAKWOOD  CONTRACTORS INC. | | 1222-000 | 3,108.76 | | 92,368.35 |
| 10/17/05 | 13 | OAKWOOD  CONTRACTORS INC. | | 1222-000 | 2,839.20 | | 95,207.55 |
| 10/18/05 | 000304 | ANTHONY PINTOZZI | Adequate protection payment | 2990-000 | | 7,800.00 | 87,407.55 |
| 10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 44.93 | | 87,452.48 |
| 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 43.13 | | 87,495.61 |
| 12/06/05 | 000305 | TINA RUBIO | Credit for merchandise | 2990-000 | | 10,000.00 | 77,495.61 |
| 12/21/05 | 2 | ANTHONY PINTOZZI | | 1110-000 | 25,000.00 | | 102,495.61 |
| 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 42.67 | | 102,538.28 |
| 01/11/06 | | Chicago Title and Trust Co. | | | 244,917.41 | | 347,455.69 |
| | 4 | CHICAGO TITLE AND TRUST CO. | Memo Amount:        635,000.00 | 1110-000 | | | |
| | | CHASE HOME FINANCE LLC | Memo Amount:     ( 335,869.42 ) | 4110-000 | | | |
| | | | Payment of secured claim | | | | |
| | | AMCO INSURANCE CO. | Memo Amount:     ( 10,000.00 ) | 4120-000 | | | |
| | | | Judgment lien | | | | |
| | | COLDWELL BANKER | Memo Amount:     ( 17,725.00 ) | 3510-000 | | | |
| | | | Broker's real estate commission | | | | |
| | | COUNTY OF LAKE | Memo Amount:     ( 8,166.67 ) | 4700-000 | | | |
| | | | Real estate taxes | | | | |
| | | | Memo Amount:     ( 18,321.50 ) | 2500-000 | | | |
| | | | Miscellaneous expenses | | | | |
| 01/30/06 | | Transfer to Acct #*******9298 | TRANSFER TO WRITE CHECKS | 9999-000 | | 18,250.00 | 329,205.69 |
| 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 111.81 | | 329,317.50 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 234.58 | | 329,552.08 |
| 03/14/06 | 000306 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 251.32 | 329,300.76 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 279.81 | | 329,580.57 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 270.88 | | 329,851.45 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 280.16 | | 330,131.61 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 271.34 | | 330,402.95 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 280.62 | | 330,683.57 |

|  | | |
|---|---|---|
| Page Subtotals | 277,725.30 | 36,301.32 |

Ver: 17.05d

Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 04-21517 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | FINNEY, DONALD R. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9120  BofA - Money Market Account |
| Taxpayer ID No: | *******4660 | | |
| For Period Ending: | 05/14/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * | 08/11/06 | 000307 | CRO PAINTING & DEC./CRAIG OSTRANDER | Painting services rendered | 2990-003 | | 1,750.00 | 328,933.57 |
| * | 08/18/06 | 000307 | CRO PAINTING & DEC./CRAIG OSTRANDER | Painting services rendered | 2990-003 | | -1,750.00 | 330,683.57 |
| | 08/18/06 | 000308 | CRO PAINTING& DEC./CHRIS OSTRANDER | PAINTING SERVICES RENDERED | 2990-003 | | 1,750.00 | 328,933.57 |
| | 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 280.52 | | 329,214.09 |
| | 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 270.58 | | 329,484.67 |
| | 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 279.85 | | 329,764.52 |
| | 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 271.04 | | 330,035.56 |
| | 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 280.30 | | 330,315.86 |
| | 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 280.55 | | 330,596.41 |
| | 02/06/07 | | Transfer to Acct #*******9298 | TRANSFER TO WRITE CHECKS | 9999-000 | | 297,062.75 | 33,533.66 |
| | 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 66.42 | | 33,600.08 |
| | 03/01/07 | 000309 | International Sureties, Ltd. | Bond premium | 2300-000 | | 266.37 | 33,333.71 |
| | | | Suite 500 | | | | | |
| | | | 203 Carondelet St. | | | | | |
| | | | New Orleans, LA 70130 | | | | | |
| | 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 28.54 | | 33,362.25 |
| | 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 27.44 | | 33,389.69 |
| | 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 28.36 | | 33,418.05 |
| | 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 27.46 | | 33,445.51 |
| | 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 28.41 | | 33,473.92 |
| | 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 28.43 | | 33,502.35 |
| | 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 21.33 | | 33,523.68 |
| | 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 21.36 | | 33,545.04 |
| | 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 17.92 | | 33,562.96 |
| | 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 16.05 | | 33,579.01 |
| | 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 13.30 | | 33,592.31 |
| | 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 7.99 | | 33,600.30 |
| | 03/25/08 | 000310 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 29.64 | 33,570.66 |
| | 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 7.94 | | 33,578.60 |

| | Page Subtotals | 2,003.79 | 299,108.76 | |
|---|---|---|---|---|

Ver: 17.05d

FORM 2

Page: 8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 04-21517 -ABG | |
| Case Name: | FINNEY, DONALD R. | |

Taxpayer ID No: *******4660
For Period Ending: 05/14/14

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9120  BofA - Money Market Account |

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 6.88 | | 33,585.48 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 4.26 | | 33,589.74 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 4.14 | | 33,593.88 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 4.27 | | 33,598.15 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 4.26 | | 33,602.41 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 4.14 | | 33,606.55 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 3.26 | | 33,609.81 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 2.75 | | 33,612.56 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.69 | | 33,614.25 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 | | 33,614.53 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.26 | | 33,614.79 |
| 02/28/09 | 000311 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 27.59 | 33,587.20 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.29 | | 33,587.49 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.74 | | 33,588.23 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.85 | | 33,589.08 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.83 | | 33,589.91 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.86 | | 33,590.77 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.86 | | 33,591.63 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.83 | | 33,592.46 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.85 | | 33,593.31 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.84 | | 33,594.15 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.86 | | 33,595.01 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.85 | | 33,595.86 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.77 | | 33,596.63 |
| 03/26/10 | 000312 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 39.94 | 33,556.69 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.86 | | 33,557.55 |

Page Subtotals       46.48       67.53

Ver: 17.05d

FORM 2

Page:    9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 04-21517  -ABG | |
| Case Name: | FINNEY, DONALD R. | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9120  BofA - Money Market Account |

| | |
|---|---|
| Taxpayer ID No: | *******4660 |
| For Period Ending: | 05/14/14 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.83 | | 33,558.38 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.85 | | 33,559.23 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.83 | | 33,560.06 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.85 | | 33,560.91 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.86 | | 33,561.77 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.83 | | 33,562.60 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.85 | | 33,563.45 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.83 | | 33,564.28 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.86 | | 33,565.14 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.86 | | 33,566.00 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.26 | | 33,566.26 |
| 03/29/11 | 000313 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 16.43 | 33,549.83 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.29 | | 33,550.12 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.27 | | 33,550.39 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.29 | | 33,550.68 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 | | 33,550.96 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 | | 33,551.24 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.29 | | 33,551.53 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 | | 33,551.81 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 | | 33,552.09 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 42.74 | 33,509.35 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 | | 33,509.63 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 41.31 | 33,468.32 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 | | 33,468.60 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 41.26 | 33,427.34 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.29 | | 33,427.63 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 43.84 | 33,383.79 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.26 | | 33,384.05 |

Page Subtotals          12.08          185.58

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   10

Exhibit 9

| Case No: | 04-21517  -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | FINNEY, DONALD R. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9120  BofA - Money Market Account |
| Taxpayer ID No: | *******4660 | | | |
| For Period Ending: | 05/14/14 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 39.68 | 33,344.37 |
| 03/11/12 | 000314 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 28.04 | 33,316.33 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.27 | | 33,316.60 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 40.98 | 33,275.62 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.28 | | 33,275.90 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 42.28 | 33,233.62 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 | | 33,233.90 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 42.22 | 33,191.68 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.26 | | 33,191.94 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 39.45 | 33,152.49 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.29 | | 33,152.78 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 43.48 | 33,109.30 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.26 | | 33,109.56 |
| 08/30/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 10TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 39.35 | 33,070.21 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 33,070.21 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 815,000.00 | COLUMN TOTALS | | 377,715.74 | 377,715.74 | 0.00 |
| | Memo Allocation Disbursements: | 545,495.23 | Less:  Bank Transfers/CD's | | 0.00 | 348,382.96 | |
| | | | Subtotal | | 377,715.74 | 29,332.78 | |
| | Memo Allocation Net: | 269,504.77 | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 377,715.74 | 29,332.78 | |

Page Subtotals          1.64          33,385.69

FORM 2                                                                                           Page:   11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                    Exhibit 9

| | |
|---|---|
| Case No: | 04-21517  -ABG |
| Case Name: | FINNEY, DONALD R. |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9298  BofA - Checking Account |

Taxpayer ID No:    *******4660
For Period Ending:  05/14/14

Blanket Bond (per case limit):    $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/30/06 | | Transfer from Acct #*******9120 | TRANSFER TO WRITE CHECKS | 9999-000 | 18,250.00 | | 18,250.00 |
| 01/30/06 | 003001 | DONALD R. FINNEY | HOMESTEAD EXEMPTION | 8100-002 | | 7,500.00 | 10,750.00 |
| 01/30/06 | 003002 | DORIS FINNEY | HOMESTEAD EXEMPTION | 8500-000 | | 7,500.00 | 3,250.00 |
| 01/30/06 | 003003 | PATINKIN & PATINKIN | Attorney fees per court order | 3210-000 | | 3,250.00 | 0.00 |
| 02/06/07 | | Transfer from Acct #*******9120 | TRANSFER TO WRITE CHECKS | 9999-000 | 297,062.75 | | 297,062.75 |
| 02/06/07 | 003004 | PARKWAY BANK AND TRUST COMPANY | PAYMENT OF FIRST SECURED CLAIM | 4110-000 | | 195,440.21 | 101,622.54 |
| 02/06/07 | 003005 | UNITED STATES OF AMERICA | PAYMENT OF TAX LIEN | 4300-000 | | 20,537.20 | 81,085.34 |
| 02/06/07 | 003006 | JOSEPH E. COHEN | Trustee Fees | 2100-000 | | 37,042.00 | 44,043.34 |
| | | | Trustee Fees | | | | |
| 02/06/07 | 003007 | PARKWAY BANK AND TRUST COMPANY | PARTIAL PAYMENT 2ND SECURED CLAIIM | 4110-000 | | 18,883.96 | 25,159.38 |
| 02/06/07 | 003008 | COHEN & KROL | Attorney fees per court order | 4110-000 | | 17,096.95 | 8,062.43 |
| | | | Fees            16,124.87 | 3110-000 | | | |
| | | | Expenses          972.08 | 3120-000 | | | |
| 02/06/07 | 003009 | JOSEPH E. COHEN | Attorney fees per court order | 3110-000 | | 8,062.43 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 315,312.75 | 315,312.75 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 315,312.75 | 0.00 | |
| | | Subtotal | 0.00 | 315,312.75 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 15,000.00 | |
| | | Net | 0.00 | 300,312.75 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 815,000.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 545,495.23 | Checking Account - *******1897 | 0.00 | 33,070.21 | 0.00 |
| | | BofA - Money Market Account - *******9120 | 377,715.74 | 29,332.78 | 0.00 |
| Total Memo Allocation Net: | 269,504.77 | BofA - Checking Account - *******9298 | 0.00 | 300,312.75 | 0.00 |
| | | | ------------------------- | ------------------------- | ------------------------- |
| | | | 377,715.74 | 362,715.74 | 0.00 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals        315,312.75        315,312.75

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 22)*

Ver: 17.05d

FORM 2

Page:   12

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 04-21517  -ABG | | Trustee Name: | JOSEPH E. COHEN | | |
| Case Name: | FINNEY, DONALD R. | | Bank Name: | BANK OF AMERICA, N.A. | | |
| | | | Account Number / CD #: | *******9298  BofA - Checking Account | | |
| Taxpayer ID No: | *******4660 | | | | | |
| For Period Ending: | 05/14/14 | | Blanket Bond (per case limit): | $  5,000,000.00 | | |
| | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Checking Account - *******1897 | | | Transfers) | To Debtors) | On Hand |
| | | BofA - Money Market Account - ********9120 | | | | | |
| | | BofA - Checking Account - ********9298 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Page Subtotals | | 0.00 | 0.00 |

Ver: 17.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 23)*